IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MELVIN JAMES JACKSON,

    Petitioner,

v.

BRIAN OWENS,

    Respondent.

Case No. 1:09-CV-102 (WLS)

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff filed June 21, 2010. (Doc. 34). It is recommended that Petitioner's Motion to Dismiss (Doc. 26) be DENIED. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 34) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion to Dismiss (Doc. 26) is **DENIED**.

**SO ORDERED**, this 5th day of August, 2010.

THE HONORABLE W. LOUIS SANDS,
**UNITED STATES DISTRICT COURT**

1